**D. Schnitzer, Appellee, v. John Kramer, Appellant.**

**Gen. No. 19,948. (Not to be reported in full.)**

Appeal from the Circuit Court of Cook county; the Hon. JOHN A. DOWDALL, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed October 13, 1914.

### Statement of the Case.

This case involved the same facts and the questions presented for determination were the same as those considered in *Schnitzer v. Kramer, ante,* p. 350, and the decision in that case held conclusive.

THOMAS W. REILLY, for appellant.

SONNENSCHEIN, BERKSON & FISHELL, for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.